DAVID A. TONG, CASB No. 238971
dtong@peacockpiper.com
CHRISTOPHER A. TRIBOLET, CASB No. 246192
ctribolet@peacockpiper.com
JOLENE RUTH RICE, CASB No. 237180
jrice@peacockpiper.com
**PEACOCK PIPER TONG + VOSS LLP**
100 W. Broadway, Suite 610
Long Beach, CA 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

Attorneys for Plaintiff,
CABO VIRGENES SHIPPING, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CABO VIRGENES SHIPPING INC.,<br><br>Plaintiff,<br><br>vs.<br><br>COSGOLD LAKE MARITIME LTD.; PAN COSMOS SHIPPING & ENTERPRISES CO., LTD.; CHINA SHIPPING DEVELOPMENT (HONG KONG) MARINE CO. LTD.; CHINA POOL, LTD.,<br><br>Defendants. | **Case No.** 2:24-cv-10720-JFW-AGR<br>**IN ADMIRALTY**<br><br>***Action Filed:*** 12/12/2024<br><br>**DECLARATION OF DAVID TONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO MOTION TO DISMISS (FED. R. CIV. P. 12(B)(2))**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Judge John F. Walter<br>Magistrate Judge Alicia G. Rosenberg |

///

///

I, DAVID TONG, do hereby declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California and this Court.

2. I am a partner with the law firm of Peacock, Piper, Tong + Voss, LLP, counsel of record for Plaintiff Cabo Virgenes Shipping, Inc. ("***Plaintiff***").

3. Unless otherwise stated, the following facts are of my own personal knowledge. If requested to testify as a witness, I could and would competently testify to the following.

4. I submit this declaration in support of Plaintiff's opposition to Defendants Cosgold Lake Maritime, Ltd.'s ("***Cosgold Lake***"), Pan Cosmos Shipping & Enterprises Co., Ltd.'s ("***Pan Cosmos***"), China Shipping Development (Hong Kong) Marine Co. Ltd.'s ("***China Shipping***"), and China Pool Ltd.'s ("***China Pool***") motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2).

5. On November 11, 2024, counsel for Defendants, Alan Nakazawa, provided me a copy of document which I understand to be the December 21, 2013 bareboat charter agreement for the *COSGOLD LAKE* (the "***Vessel***") between Cosgold Lake and Pan Cosmos. Attached to my declaration as **Exhibit 1** is a true and correct copy of this document provided to me by Mr. Nakazawa on November 11, 2024.

6. On November 11, 2024, Mr. Nakazawa also provided me with a copy of document which I understand to be the August 31, 2022 time charter agreement for the Vessel between Pan Cosmos and China Shipping. Attached to my declaration as **Exhibit 2** is a true and correct copy of this document provided to me by Mr. Nakazawa on November 11, 2024.

7. After my receipt of Exhibits 1 & 2 from Mr. Nakazawa, I requested that he provide me with a copy of China Shipping's time charter agreement for the Vessel with China Pool. To date I have not received this document.

///

///

8. On February 7, 2024, Mr. Nakazawa provided me with a copy of a document which I understand to be an email summarizing the key provisions of China Pool's October 2022 voyage charter agreement for the Vessel with Phillips 66. Attached to my declaration as **Exhibit 3** is a true and correct copy of this document provided to me by Mr. Nakazawa on February 7, 2024.

9. Since my receipt of Exhibit 3 from Mr. Nakazawa in February 2024, I have made numerous requests for him to provide me with copies of China Pool's pooling agreement and the documents attached to Exhibit 3 which, I am informed and believe, include China Pool's voyage charter agreement for the Vessel with Phillips 66. (*See* Ex. 3, p. 1, "**Attachments**" listing two documents, (1) "CS – P66 EMV 2012 TERMS.docx"; & "COSGOLD LAKE PHILLIPS 66 CHARTER PARTY DATED 18 OCT 2022 OWNERS COMPLIANCE TO LOAD & DISCHARGEPORT CONDITIONS.docx.") To date I have not received copies of these documents.

10. On May 15, 2025, I visited China Pool's website at https://chinapool.coscoshipping.com. The website consisted of five tabs (or subpages) described as: Home, Fleet, Service, Highlights, About, and China Pool Program. Attached to my declaration as **Exhibit 4** are true and copies of screenshots I took of China Pool's website during my visit to it on May 15. Each tab or page has a lengthy vertical display of information, and or a dynamic display that does not correlate well to standard a 8 ½ x 11" paper.

11. During my visit to the China Pool website on May 15, 2025, I attempted to access the "China Pool Program" information on China Pool's website but could not access the information because the website requires one to have a Username and Password. Attached to my declaration as **Exhibit 5** is a true and correct copy of a screenshot I took of the Username / Password entry portal on China Pool's website that I encountered when attempting to access the "China Pool Program" information.

12. Also, during my visit to the China Pool website on May 15, 2025, when I accessed the "Fleet" subpage tab, there was no information available. However, I

revisited the "Fleet" subpage tab on May 19, 2025, and found information available. Attached to my declaration as **Exhibit 6** are true and copies of screenshots I took of the "Fleet" subpage tab on May 19, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2025 at Long Beach, California.



DAVID A. TONG