# EXHIBIT "1"


COSCO
SHIPPING
CHINA POOL LIMITED
寰宇船務企業有限公司
PAN COSMOS SHIPPING & ENTERPRISES CO., LTD.
中海發展(香港)航運有限公司
CHINA SHIPPING DEVELOPMENT (H.K) MARINE CO., LTD.