# EXHIBIT "2"




**HUMPHREY & ASSOCIATES**
**張偉聰律師事務所**
**www.humphreyandassociates.com.hk**

RECEIVED
- 9 MAY 2025
HUMPHREY & ASSOCIATES

Cosgold Lake Maritime Ltd.
Rooms 3601 - 3602, 36/F
West Tower, Shun Tak Centre
168-200 Connaught Road Central
Hong Kong SAR, China

退回 RETURN
*RETOUR*
CN15
EC 36
Pos385 (04/2019)

- ☐ 已遷 Moved *Déménagé*
- ☑ 拒收 Refused *Refusé*
- ☐ 無人居住 Not occupied *Inhabité*
- ☐ 不到取 Unclaimed *Non réclamé*
- ☐ 查無此人 No such person *Destinataire inconnu*
- ☐ 地址不全 / 無此地址 Incomplete address / No such address *Adresse insuffisante / Adresse inexistante*

退件日期如背面郵戳所示
Return date as datestamped on the back
*Date de retour comme la date imprimée derrière*

香港干諾道中73號中保集團大廈21樓2105室
Room 2105, 21/F., China Insurance Group Building, 73 Connaught Road Central, Hong Kong
Tel: (852) 3955-8033 Fax: (852) 3461-9800

**HUMPHREY & ASSOCIATES**
**張偉聰律師事務所**
**www.humphreyandassociates.com.hk**




China Pool, Ltd.
Rooms 3601 – 3602, 36/F
West Tower, Shun Tak Centre
168 – 200 Connaught Road Central
Hong Kong SAR, China

RECEIVED
- 9 MAY 2025
HUMPHREY & ASSOCIATES

退回 RETURN
RETOUR
CN15
EC 36
Ros 585 (04/2019)
☐ 遷徙 Moved / Déménagé
☐ 無人居住 Not occupied / Inhabité
☐ 查無此人 No such person / Destinataire inconnu
☐ 拒收 Refused / Refusé
☐ 不領取 Unclaimed / Non réclamé
☐ 地址不全／無此地址 Incomplete address / No such address / Adresse insuffisante / Adresse inexistante
退件日期如背面郵戳所示
Return date as datestamped on the back
Date de retour comme la date imprimée derrière

香港干諾道中73號中保集團大廈21樓2105室
Room 2105, 21/F., China Insurance Group Building, 73 Connaught Road Central, Hong Kong
Tel: (852) 3955-8033 Fax: (852) 3461-9800




# HUMPHREY & ASSOCIATES
# 張偉聰律師事務所
www.humphreyandassociates.com.hk

Pan Cosmos Shipping & Enterprises Co., Ltd.
Rooms 3601 – 3602, 36/F
West Tower, Shun Tak Centre
168–200 Connaught Road Central
Hong Kong SAR, China

RECEIVED
- 9 MAY 2025
HUMPHREY & ASSOCIATES

退回 RETURN CN15
RETOUR
EC 36
Pos 585 (04/2019)

| | |
|---|---|
| ☐ 搬遷 Moved / Déménagé | ☑ 拒收 Refused / Refusé |
| ☐ 無人居住 Not occupied / Inhabité | ☐ 不到取 Unclaimed / Non réclamé |
| ☐ 查無此人 No such person / Destinataire inconnu | ☐ 地址不全 / 無此地址 Incomplete address / No such address / Adresse insuffisante / Adresse inexistante |

退件日期如背面郵戳所示
Return date as datestamped on the back
Date de retour comme la date imprimée derrière

香港干諾道中73號中保集團大廈21樓2105室
Room 2105, 21/F., China Insurance Group Building, 73 Connaught Road Central, Hong Kong
Tel: (852) 3955-8033 Fax: (852) 3461-9800